UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Mary Mizerk
                       Plaintiff,

v.                                                Case No.: 1:16–cv–00446
                                                   Honorable Robert M. Dow Jr.

The Hair Loft Ltd.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 29, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the Plaintiff's Rule 41(A)(1) notice of dismissal without prejudice [6] filed on 7/27/2016, this action is dismissed. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.